14977.   McQuarie v. The State.

Bloodworth, J.   In answer to a question certified by this court the
Supreme Court said: "According to the facts stated in the question
propounded by the Court of Appeals, the trial court erred in over-
ruling the ground of the motion for a new trial based on alleged newly
discovered evidence that one of the jurors trying the case was dis-
qualified because related within the prohibited degree to named stock-
holders of the bank from which the accused was convicted of the of-
fense of embezzling funds." For full opinion see 157 Ga. 380 (121 S.
E. 316).

     As a new trial must result from the ruling of the Supreme Court,
it is unnecessary to consider the other allegations of error. The errors
complained of are not likely to recur.

                   Judgment reversed. Broyles, C. J., and Luke, J., concur.
                          Decided March 6, 1924.

Indictment for embezzlement; from Appling superior court—
Judge W. E. Thomas.   July 10, 1923.

V. E. Padgett, Wilson & Bennett, for plaintiff in error.